No. 93–1715. JARMUSIK *v.* MERIT SYSTEMS PROTECTION BOARD, 511 U. S. 1143;

No. 93–8482. ELDRIDGE *v.* JOHNSON ET AL., 511 U. S. 1092; and

No. 93–8992. LORAH *v.* DEPARTMENT OF HUMAN RIGHTS, *ante*, p. 1241. Motions for leave to file petitions for rehearing denied. JUSTICE BREYER took no part in the consideration or decision of these motions.

AUGUST 29, 1994

No. 93–1551. PRESTON ET AL. *v.* FRANTZ ET AL. C. A. 2d Cir. Certiorari dismissed under this Court's Rule 46.1.

SEPTEMBER 1, 1994

No. 94–5887 (A–156). OTEY *v.* STENBERG, ATTORNEY GENERAL OF NEBRASKA, ET AL. C. A. 8th Cir. Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution. JUSTICE BREYER took no part in the consideration or decision of this application and this petition.

SEPTEMBER 6, 1994

No. 93–9279. HERNANDEZ *v.* BISCAYNE AQUA-CENTER, INC. Dist. Ct. App. Fla., 3d Dist. Certiorari dismissed under this Court's Rule 46.1.